UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:15-cv-00190-MOC

| | |
|---|---|
| **CARL S. BRADLEY,** | ) |
| Plaintiff, | ) |
| Vs. | ) ORDER |
| **CAROLYN W. COLVIN,** | ) |
| **Acting Commissioner of Social Security,** | ) |
| Defendant. | ) |

**THIS MATTER** is before the court on the Commissioner's Consent Motion for Reversal and Remand (#13). Having considered such motion and it appearing that Plaintiff concurs, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that on the Commissioner's Consent Motion for Reversal and Remand (#13) is **GRANTED**, Plaintiff's Motion for Summary Judgment (#11) is **DENIED** without prejudice, and this matter is hereby **REMANDED** for further administrative proceedings consistent with the Commissioner's motion and this Order, all in accordance with Sentence Four of 42 U.S.C. § 405(g).

Signed: March 25, 2016

Max O. Cogburn Jr.
United States District Judge