UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:15-cv-190-MOC

| | |
|---|---|
| CARL BRADLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| NANCY A. BERRYHILL, | ) |
| **Acting Commissioner of Social Security,** | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on counsel for plaintiff's Motion for Attorney's Fees Under Section 406(b) of the Social Security Act (#18). Having considered the Motion (#18) and its representation that the Commissioner is does not oppose it, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that counsel for plaintiff's Motion for Attorney's Fees Under Section 406(b) of the Social Security Act (#18) is **GRANTED**. Attorney fees in the amount of $10,805.75, which represents less than 25% of the past due benefits awarded to plaintiff, be remitted to Charlotte W. Hall of the Charles T. Hall Law Firm. Upon receipt, counsel for Plaintiff is directed to **REMIT** the previously awarded EAJA fees of $4,020.00 directly to plaintiff, as it is the lesser of the two fees. Upon payment of these sums, this case is **DISMISSED** with prejudice.

Signed: January 5, 2018



1